

FILED

MAR 26 2025 er

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL HOUSTON )
STEVE HOUSTON )
YVONNE WHITLEY )
)  1:25-cv-03214
)  Judge John J. Tharp, Jr
)  Magistrate Judge M. David Weisman
Plaintiffs, )  Random/Cat. 2
v. )
)
UNIVERSITY OF CHICAGO )
INGALLS MEMORIAL *et al.*, ) JURY TRIAL DEMANDED
)
Defendants.

## COMPLAINT FOR WRONGFUL DEATH AND MEDICAL MALPRACTICE ROSIE HOUSTON

### I. JURISDICTION AND VENUE

1. This is an action for wrongful death brought pursuant to 740 ILCS 180/1, et seq.

2. The Plaintiffs Michael Houston, Steve Houston and Yvonne Whitley are the surviving family members of the deceased Rosie Houston, reside in Cook County.

3. The Defendants University of Chicago Ingalls memorial and its doctors reside or conduct business in Cook County Illinois, and therefore venue is proper in this court.

### II. PARTIES

1. The Plaintiffs Michael Houston, Steve Houston and Yvonne Whitley are the surviving family members of the deceased Rosie Houston

2. Defendants University of Chicago Ingalls memorial, its doctors Lanish Ahmed, name John doe Doctor no: 1 Jane Doctor no: 2, John doe Doctor 3, the hospital and its staff members have a duty to ensure that the patient continues to receive proper care. Such proper care includes making certain that the patient does not develop infections before and after having a surgical procedure, and ensuring that the patient is regularly assisted in movement to avoid the development of bedsores

3. Defendants University of Chicago Ingalls memorial address One Ingalls Drive, Harvey IL 60426, Phone Number 708-333-2300

## III. STATEMENT OF FACTS

1. On or about March 27,2023 the Decedent Rosie Houston, died as a result of bed scores and many other issues.

2. The Decedent's University of Chicago Ingalls memorial its doctors Lanish Ahmed, John doe Doctor no: 1 Jane doe Doctor no: 2, John doe Doctor no: 3, Jane Doe hospice nurse no:1 Jane Doe hospice nurse no:2 Jane Doe hospice nurse no:3 Jane Doe hospice nurse no:4 the hospital and its staff members have a duty to ensure that the patient continues to receive proper care. Such proper care includes making certain that the patient does not develop infections before and after having a surgical procedure, and ensuring that the patient is regularly assisted in movement to avoid the development of bedsores

3. At the time of the Decedent's death, The Defendants reside or conduct business in Cook County, Illinois, and therefore venue is proper in this court

4. The Defendants owed a duty of care to the Decedent Rosie Houston.

5. The Defendants breached that duty of care by not letting Decedent eat or drink water did not help her walk at least twice a day which she developed stage 4 bed scores the Defendant's negligent or wrongful conduct caused the death of Rosie Houston.

6. As a direct and proximate result of the Defendant(s)' negligence or wrongful act, the Decedent sustained injuries that resulted in her death.

7. Plaintiffs were unable to obtain the required consultation because the statute of limitations would be impaired, and the consultation could not be obtained before the statute of limitations expired.

## IV. PECUNIARY INJURIES

1. As a direct and proximate result of the Decedent's death, the Plaintiff(s) have suffered pecuniary injuries, including but not limited to:

- Loss of the Decedent's support.
- Loss of the Decedent's services.
- Loss of the Decedent's companionship.
- Loss of the Decedent's instruction, moral training, and superintendence of education.
- Funeral and burial expenses.
- Medical expenses incurred prior to death.

## V. CLAIM UNDER THE SURVIVAL ACT

1. Plaintiff(s) further seeks damages under the Illinois Survival Act, 755 ILCS 5/27-6, for the pain and suffering, medical expenses, and other damages incurred by the Decedent prior to their death.

### HEALTH PROFESSIONAL DETERMINATION

Plaintiffs were unable to obtain consultation with a health professional before the statute of limitations expired.

### VERIFICATION

We, Michael Houston Steve Houston and Yvonne Whitley, are Plaintiffs in this action. We have read the foregoing Verified Complaint and are familiar with its contents. We declare under penalty of perjury under the laws of the United States that all of the factual statements contained in the foregoing Verified Complaint are true and accurate to the best of our belief and are based upon personal knowledge, except Where expressly indicated otherwise.

Respectfully submitted.

/S/ Michael Houston
Michael Houston

/S/ Steve Houston
Steve Houston

/S/ Yvonne Whitley
Yvonne Whitley

Date: 3/26/2025

Michael Houston, prose

4202 S. Vincennes Ave.
Chicago, IL 60653
312-350-8091
4202Vincennes@mail.com

Yvonne Whitley, pro se
4202 S. Vincennes Ave.
Chicago, IL 60653
773-946-6288
ennovy914@aol.com

Steve Houston, prose
4202 S. Vincennes Ave.
Chicago, IL 60653
312-497-2169
slhouston@aol.com